USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021

250 South Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780, Fax: 315-701-5781

11875 High Tech Avenue, Suite 100B
Orlando, FL 32817
Telephone: 407-581-7510, Fax: 407-207-3210

*Document Electronically Filed*
Hon. Stewart D. Aaron
United States Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

July 15, 2021

**Request GRANTED. SO ORDERED.**
**Dated: 7/16/2021**

Re: Mason v. Commissioner of Social Security
   Civil Action No: 1:20-cv-07648-SDA

Dear Judge Aaron:

This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to file her Motion for Judgment on the Pleadings in this matter. Plaintiff's Motion for Judgment on the Pleadings is currently due on July 22, 2021. Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare her Motion.

Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to file Plaintiff's Motion for Judgment on the Pleadings.

If this request is granted, Plaintiff's Motion for Judgment on the Pleadings will be due on **September 20, 2021**[1]. Subsequently, in accordance with the pattern of the Scheduling Order, the Commissioner's Response would then be due **November 19, 2021**. Plaintiff's Reply would then be due **December 10, 2021**.

Thank you for your consideration.

Respectfully submitted,

*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Bar Code H06529
Counsel for Plaintiff

CC [via ECF]: Mary Ellen Brennan (Counsel for Defendant)

**SO ORDERED.**

Dated: _____   _____
   New York, NY          **Honorable Stewart D. Aaron**
                **U.S. Magistrate Judge**