**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

Kia Shonika Mason,

                Plaintiff,

-against-                                      20 **CIVIL** 7648 (SDA)

## JUDGMENT

Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2022, Plaintiff's motion is GRANTED, and the Commissioner's cross-motion is DENIED. The case is remanded for further proceedings consistent with the Opinion and Order.

**Dated:** New York, New York

       March 21, 2022

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                           **BY:**           _____

                                                            **Deputy Clerk**