UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kia Shonika Mason,

                    Plaintiff,

-against-

Commissioner of Social Security,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2022

20-cv-07648 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

No later than July 5, 2022, the Commissioner shall file a response to Plaintiff's motion for attorney's fees filed on June 10, 2022. (*See* Pl.'s Not. of Mot., ECF No. 32.)

**SO ORDERED.**

Dated:      New York, New York
              June 27, 2022

_____
STEWART D. AARON
United States Magistrate Judge